ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
ENRIQUE MARINEZ (SBN 160956)
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:  pamela.cogan@rmkb.com
 enrique.marinez@rmkb.com

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROMEE LANCASTER,<br><br>           Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>           Defendants. | CASE NO. 2:16-cv-01451-JAM-GGH<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY AND EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, the above-entitled action arises from a dispute between Plaintiff Jeromee Lancaster ("Plaintiff") and Wausau Underwriters Insurance Company ("Wausau") with respect to an underinsured motorist claim brought under an insurance policy issued by Wausau to Russell Warner Inc.;

WHEREAS, Defendant Liberty Mutual Insurance Company ("Liberty Mutual") is not the insurer of the insurance policy at issue and is not a proper party to this action;

WHEREAS, Wausau is the insurer of the insurance policy at issue and is the proper defendant in this action;

WHEREAS, counsel for Plaintiff and Wausau are meeting and conferring about the sufficiency of Plaintiff's allegations in support of his breach of contract cause of action, and whether such a cause is proper under the specific facts of this case;

1    IT IS HEREBY STIPULATED by and between Plaintiff Jeromee Lancaster and Defendant Liberty Mutual Insurance Company, by and through their respective attorneys of record, that Defendant Liberty Mutual Insurance Company shall be and hereby is dismissed from this action without prejudice.

IT IS FURTHER STIPULATED that Wausau Underwriters Insurance Company shall be, and hereby is, named as the sole defendant in this action and will so be reflected in the caption of the pleadings;

IT IS FURTHER STIPULATED that Defendant Wausau Underwriters Insurance Company shall have up to and including August 1, 2016 to file its initial response to Plaintiff's Complaint, in order to permit the parties sufficient time to meet and confer regarding the sufficiency of Plaintiff's allegations in support of the cause of action for breach of contract.

IT IS FURTHER STIPULATED that each party shall bear its own attorneys' fees and costs directly related to this Stipulation and the dismissal of Defendant Liberty Mutual Insurance Company.

IT IS SO STIPULATED.

Pursuant to Local Rule 131(e), the undersigned hereby attest that all signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

| | |
|---|---|
| Dated: June 29, 2016 | LAW OFFICE OF ALAN M. LASKIN |
| | By: /s/ _____<br>    ALAN M. LASKIN<br>    Attorneys for Plaintiff<br>    JEROMEE LANCASTER |
| Dated: June 29, 2016 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ _____<br>    PAMELA E. COGAN<br>    ENRIQUE MARINEZ<br>    Attorneys for Defendant<br>    LIBERTY MUTUAL INSURANCE COMPANY |

**ORDER**

Pursuant to the parties' Stipulation, and for good cause appearing, IT IS HEREBY ORDERED that Defendant Liberty Mutual Insurance Company shall be, and hereby is, dismissed from this action without prejudice.

IT IS FURTHER ORDERED that Wausau Underwriters Insurance Company shall be, and hereby is, named as the sole defendant in this action and will so be reflected in the caption of the pleadings.

IT IS FURTHER ORDERED that Defendant Wausau Underwriters Insurance Company shall have up to, and including, August 1, 2016 to file its initial response to Plaintiff's Complaint.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs directly related to this Stipulation and the dismissal of Defendant Liberty Mutual Insurance Company

IT IS SO ORDERED.

| | |
|---|---|
| Dated: June 29, 2016 | /s/ John A. Mendez<br>Hon. John A. Mendez<br>United States District Court Judge |