ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
ENRIQUE MARINEZ (SBN 160956)
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:          pamela.cogan@rmkb.com
                enrique.marinez@rmkb.com

Attorneys for Defendant
WAUSAU UNDERWRITERS INSURANCE
COMPANY

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROMEE LANCASTER,<br><br>                     Plaintiff,<br><br>v.<br><br>WAUSAU UNDERWRITERS<br>INSURANCE COMPANY,<br><br>                     Defendant. | CASE NO.  2:16-CV-01451-JAM-GGH<br><br>**STIPULATION AND ORDER<br>EXTENDING TIME TO FILE JOINT<br>STATUS REPORT (RULE 26(f))** |

WHEREAS, the Court issued an Order Requiring Joint Status Report, dated June 27, 2016 (Document 2) requiring the parties to prepare and submit to the Court a Joint Status Report on or before August 26, 2016; and

WHEREAS, counsel for plaintiff, Jeromee Lancaster, and defendant, Wausau Underwriters Insurance Company, are engaged in settlement discussions but need additional time within which to continue their settlement negotiations.

IT IS HEREBY STIPULATED by and between plaintiff, Jeromee Lancaster, and defendant, Wausau Underwriters Insurance Company, by and through their respective counsel of record, that the parties' obligation to comply with the Court's June 27, 2016 Order Requiring Joint Status Report be continued for thirty (30) days to further allow the parties to continue and complete their settlement discussions and negotiations.

///

1   Dated: August 23, 2016                        LAW OFFICE OF ALAN M. LASKIN

2

3                                                 By:/s/ Alan M. Laskin
                                                     ALAN M. LASKIN
4                                                    Attorneys for Plaintiff
                                                     JEROMEE LANCASTER
5

6   Dated: August 23, 2016                        ROPERS, MAJESKI, KOHN & BENTLEY

7

8                                                 By: /s/ Enrique Marinez
                                                     PAMELA E. COGAN
9                                                    ENRIQUE MARINEZ
                                                     Attorneys for Defendant
10                                                   WAUSAU UNDERWRITERS
                                                     INSURANCE COMPANY
11

12

13                                        **ORDER**

14          Pursuant to the parties' Stipulation, and for good cause appearing, the parties Joint Status

15   Report will now be due on or before September 26, 2016.

16          IT IS SO ORDERED.

17   Dated:  8/23/2016                            /s/ John A. Mendez
                                                  HONORABLE JOHN A. MENDEZ
18                                                U.S. DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*