```
 1  Alan M. Laskin, SBN: 148858
    Olga A. Koplik, SBN: 303729
 2  Jeffrey C. Arnold, SBN: 307748
    LAW OFFICE OF ALAN M. LASKIN
 3  1810 "S" Street
    Sacramento, CA 95814
 4  Telephone: (916) 329-9010
    Facsimile:  (916) 442-0444
 5  alaskin@laskinlaw.com

 6  Attorneys for Plaintiff
    JEROMEE LANCASTER
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JEROMEE LANCASTER | Case No. 2:16-CV-01451-JAM-GGH |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY, | |
| Defendants. | |

**TO THE COURT:**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Jeromee Lancaster and Defendant Liberty Mutual Insurance Company, through their respective undersigned counsel of record, hereby stipulate and agree that the above-captioned matter is dismissed with prejudice.

///
///
///
///
///
///
///

1

Offer to Compromise [Code of Civil Procedure § 998]

| | | |
|---|---|---|
| 1 | Dated: November 2, 2016 | LAW OFFICES OF ALAN M. LASKIN |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Alan M. Laskin, |
| 5 | | Attorneys for Plaintiff Jeromee Lancaster |
| 6 | Dated: November 2, 2016 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 7 | | |
| 8 | | By: /s/Enrique Marinez |
| 9 | | Enrique Marinez Attorneys for Defendants |
| 10 | | Liberty Mutual Insurance Company |
| 11 | IT IS SO ORDERED | |
| 12 | | |
| 13 | Dated: 11-16-2016 | _____ |
| 14 | S:\data\15-102\Pleadings\dismissal.11.2.16.wpd | United States District Judge |

2
Offer to Compromise [Code of Civil Procedure § 998]